**Dismissed and Memorandum Opinion filed October 25, 2011.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00650-CV
_____

**ORION HAROLD, Appellant**

**V.**

**HONG GAO, Appellee**

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 995022**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 18, 2011. The notice of appeal was filed on July 27, 2011. To date, our records show that appellant has neither established indigence nor paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict

Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007) (listing fees in court of appeals); Tex. Gov't Code Ann.. § 51.207 (Vernon 2005) (same).

On September 22, 2011, this court ordered appellant to pay the appellate filing fee on or before October 6, 2011, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.